UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JORGE IVAN TORRES,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 05-1300 (JAF)

(Crim. No. 97-229)

## O R D E R

Petitioner, Jorge Ivan Torres, requests a certificate of appealability from this court to appeal our denial on June 15, 2005, of his 28 U.S.C. § 2255 petition. Docket Document No. 10; see 28 U.S.C. § 2253(c)(2) (1994 & Supp. 2005). A certificate of appealability may be granted only upon a substantial showing of the denial of a constitutional right. 28 U.S.C. §§ 2253(c)(2) and (3).

Upon reviewing the record, we find Petitioner's claim entirely insubstantial for the reasons stated in our Opinion and Order of June 15, 2005. Docket Document No. 3. Accordingly, we **DENY** Petitioner's request for a certificate of appealability.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this    day of October, 2005.

                        s/ José Antonio Fusté
                         JOSE ANTONIO FUSTE
                         Chief U. S. District Judge